# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | ROSELYN O. FEILD |
| Case Number: | 19-23878-CMB     Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 09, 2020 01:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#11 - Final Confirmation of Plan Dated 10/16/2019 (NFC)
R / M #: 11 / 0

### *Appearances:*

Debtor: Lemon
Trustee: Winnecour / Pail / Katz / **DeSimone**

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 2-19-20 at 10:00.
10. _____ Other:

Contested due to feasibility concerns - only one partial payment

FILED
JAN 17 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

12/30/2019 8:33:02AM