## PROCEEDING MEMO

Date: 02/19/2020 10:00 am

In re:   Roselyn O. Feild

Bankruptcy No. 19-23878-CMB
Chapter: 13
Doc. # 11

Appearances:  Winnecour/ Pail/ Katz/ DeSimone
~~Brian C. Thompson~~

Nature of Proceeding: #11 Contested Hearing Re: Chapter 13 Plan Dated 10/16/2019

Additional Pleadings: #27 Conciliation Conference Minutes Dated 01/09/2020

Judge's Notes:

- No Defense
- Case dismissed w/o prejudice

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
2/19/20 4:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA