Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Roselyn O. Feild** | : | Case No. 19−23878−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 19th of February, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-23878-CMB
Roselyn O. Feild                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Feb 19, 2020
                              Form ID: 309            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
```
db           +Roselyn O. Feild,    905 Parkview Drive,    Pittsburgh, PA 15243-1115
cr           +Bayview Loan Servicing, LLC,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
               P.O. Box 17933,    San Diego, CA 92177-7921
cr           +Bayview Loan Servicing, LLC, a Delaware Limited Li,    c/o Aldridge Pite, LLP,
               4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
cr           +Municipality of Mt. Lebanon,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
               Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15134132     +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
15169792      Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
15134137     +KML Law Group, PC,    Mellon Independence Center, Ste 5000,    701 Market Street,
               Attn: Kevin McDonald, Esquire,    Philadelphia, PA 19106-1538
15134138     +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
15169474     +Municipality of Mt. Lebanon,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15134141     +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
15165761     +PNC Bank NA,    Bankruptcy Department,    PO BOX 94982,    Cleveland, OH 44101-4982
15134144     +TBOM/Fortiva MC,    PO Box 105555,    Atlanta, GA 30348-5555
15156262     +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +EDI: PRA.COM Feb 20 2020 08:18:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
15134131     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 20 2020 03:39:32
               Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    5th Floor,    Miami, FL 33146-1873
15167597     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 20 2020 03:39:32
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables, FL 33146-1873
15134133     +EDI: CAPITALONE.COM Feb 20 2020 08:19:00      Capital One,    PO Box 30281,
               Salt Lake City, UT 84130-0281
15155696      EDI: CAPITALONE.COM Feb 20 2020 08:19:00      Capital One Bank (USA), N.A.,
               by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15134134     +EDI: CITICORP.COM Feb 20 2020 08:19:00      Citicards CBNA,    PO Box 6241,
               Sioux Falls, SD 57117-6241
15134135     +E-mail/PDF: creditonebknotifications@resurgent.com Feb 20 2020 03:43:15     Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
15168217     +E-mail/Text: kburkley@bernsteinlaw.com Feb 20 2020 03:39:45      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15134136     +EDI: AMINFOFP.COM Feb 20 2020 08:18:00      First Premier,    3820 N. Louise Ave.,
               Sioux Falls, SD 57107-0145
15167389      EDI: JEFFERSONCAP.COM Feb 20 2020 08:18:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
15167389      E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 20 2020 03:39:24      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
15167926      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 03:43:16     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15155904      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 20 2020 03:45:31      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15134139     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 20 2020 03:45:31     Merrick Bank,
               PO Box 9201,    Old Bethpage, NY 11804-9001
15147289      EDI: AGFINANCE.COM Feb 20 2020 08:18:00      ONEMAIN,    PO BOX 3251,
               EVANSVILLE, IN. 47731-3251
15134140     +EDI: AGFINANCE.COM Feb 20 2020 08:18:00      OneMain Financial,    PO Box 1010,
               Evansville, IN 47706-1010
15134142     +EDI: RMSC.COM Feb 20 2020 08:19:00      SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
15134143     +EDI: RMSC.COM Feb 20 2020 08:19:00      SYNCB/Wal-Mart,    PO Box 965024,
               Orlando, FL 32896-5024
15134683     +EDI: RMSC.COM Feb 20 2020 08:19:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 19
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*          +OneMain,   P.O. Box 3251,    Evansville, IN 47731-3251
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: gamr              Page 2 of 2            Date Rcvd: Feb 19, 2020
                              Form ID: 309            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Roselyn O. Feild bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Mt. Lebanon jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```