**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROSELYN O. FEILD<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-23878<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/03/2019 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 183.07 |
| Less Refunds to Debtor | 175.20 | |
| TOTAL AMOUNT OF PLAN FUND | | 7.87 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 7.87 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7.87 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BAYVIEW LOAN SERVICING LLC**<br>    Acct: 2495 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BAYVIEW LOAN SERVICING LLC**<br>    Acct: 6610 | 0.00 | 0.00 | 0.00 | 0.00 |
|   BAYVIEW LOAN SERVICING LLC**<br>    Acct: 6610 | 440.00 | 0.00 | 0.00 | 0.00 |
|   MUNICIPALITY OF MT LEBANON (SWG)<br>    Acct: E210 | 219.67 | 0.00 | 0.00 | 0.00 |
|   BAYVIEW LOAN SERVICING LLC**<br>    Acct: 2495 | 53,158.52 | 0.00 | 0.00 | 0.00 |
|   ONE MAIN FINANCIAL GROUP LLC(*)<br>    Acct: 0653 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ONE MAIN FINANCIAL GROUP LLC(*)<br>    Acct: 0653 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*N O N E\*\*\* | | | |
| Priority | | | | |
|   BRIAN C THOMPSON ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | ROSELYN O. FEILD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 3,250.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 4,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROSELYN O. FEILD | 175.20 | 175.20 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | CITIBANK NA** | 1,024.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 4438 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,487.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 1981 | | | | |
| | RESURGENT CAPITAL SVCS | 2,937.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 8069 | | | | |
| | LVNV FUNDING LLC | 2,190.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 5901 | | | | |
| | BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3102 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2796 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1395 | | | | |
| | MARINER FINANCE LLC | 1,462.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 5003 | | | | |
| | MERRICK BANK | 3,463.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 2749 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F W | 3,026.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 1058 | | | | |
| | PNC BANK NA | 996.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 5575 | | | | |
| | PNC BANK NA | 495.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 4092 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 401.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 2416 | | | | |
| | SYNCHRONY BANK | 3,011.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 3102 | | | | |
| | THE BANK OF MISSOURI D/B/A FORTIVA | 1,425.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 0252 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0653 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0653 | | | | |
| | DUQUESNE LIGHT COMPANY* | 107.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2004 | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |

TOTAL PAID TO CREDITORS      0.00

```
TOTAL CLAIMED
  PRIORITY              0.00
  SECURED          53,818.19
  UNSECURED        23.032.17
```

Date: 03/10/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com